# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                         Case No. 6:19-mj-1483

**KEVON KEITH HOLMES,**

    **Defendant.**

_____/

## NOTICE OF APPEARANCE AND
## SUBSTITUTION OF COUNSEL

The Office of the Federal Defender has been appointed by the court to represent the Defendant, Kevon Keith Holmes, in the above-styled cause.

The Clerk is requested to remove Karla M. Reyes as the notice counsel, and enter the appearance of Joshua R. Lukman, Assistant Federal Public Defender, as counsel for the Defendant.

DATED this 15th day of November 2019.

                                                     Donna L. Elm
                                                     Federal Defender

                                                     */s/ Joshua R. Lukman*
                                                     Joshua R. Lukman
                                                     Assistant Federal Defender
                                                     Florida Bar No. 0088213
                                                     201 S. Orange Avenue, Suite 300
                                                     Orlando, Florida 32801
                                                     Telephone: 407-648-6338
                                                     Facsimile: 407-648-6095
                                                     E-Mail: joshua_lukman@fd.org

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance and Substitution of Counsel* was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney, counsel for the government, this this 15th day of November 2019.

                                           /s/Joshua R. Lukman
                                           Assistant Federal Defender